# IN THE SUPREME COURT OF THE STATE OF NEVADA

BARON MONTERO JONES,
Petitioner,
vs.
CLARK COUNTY SHERIFF,
Respondent.

No. 84454

FILED

MAY 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of habeas corpus challenging the jurisdiction of the justice court.

Petitioner does not allege that he previously sought and was denied habeas relief in the district court. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court" in the first instance.). Moreover, although petitioner provided a brief affidavit in support of his allegations, he has not provided this court with any exhibits or documents in support of his claims and necessary for this court's consideration of the petition. *See* NRAP 21(a)(4) (providing that petitioner shall submit an appendix containing all documents "essential to understand[ing] the matters set forth in the petition").

Petitioner bears the burden of showing that extraordinary relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). We conclude that petitioner has failed to demonstrate our intervention by extraordinary writ is warranted. Further, to the extent that petitioner has counsel, he must proceed by and through counsel of record. Therefore, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

22-15908

Accordingly, we

        ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Baron Montero Jones
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk